# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SPARKMAN, | Case No. 1:15-cv-00655-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| PLEASANT VALLEY STATE PRISON, et al., | (Doc. 10) |
| Defendants. | |
| _____/ | |

On May 11, 2015, Plaintiff Michael A. Sparkman filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims.  *Id.*

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on May 11, 2015.

IT IS SO ORDERED.

Dated:   **May 13, 2015**                              **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE